**Order entered December 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01068-CR
No. 05-13-01069-CR

**MATTHEW JAMES AYERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F03-01252-K, F03-01253-K**

## ORDER

The Court **REINSTATES** the appeals.

On November 7, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On December 2, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the November 7, 2013 order to the extent it requires findings.

We **GRANT** the November 21, 2013 motion of Kathleen Walsh to withdraw as counsel. We **DIRECT** the Clerk to substitute Michael Mowla as appellant's attorney of record in place of Kathleen Walsh.

Appellant's brief is due within thirty days of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Kathleen Walsh, Michael Mowla, and Michael Casillas.

/s/    DAVID EVANS
        JUSTICE